FILED: August 15, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1111 (L)
(1:10-cv-00760-MJG)

_____

GREATER BALTIMORE CENTER FOR PREGNANCY CONCERNS, INCORPORATED

       Plaintiff - Appellee

and

ST. BRIGID'S ROMAN CATHOLIC CONGREGATION INCORPORATED; ARCHBISHOP WILLIAM E. LORI, as successor to Archbishop Edwin F. O'Brien, Archbishop of Baltimore, and his successor in office, a corporation sole.

       Plaintiffs

v.

MAYOR AND CITY COUNCIL OF BALTIMORE; STEPHANIE RAWLINGS-BLAKE, Mayor of Baltimore, in her Official Capacity; OXIRIS BARBOT, Baltimore City Health Commissioner

       Defendants - Appellants

and

OLIVIA FARROW; BALTIMORE CITY HEALTH DEPARTMENT

       Defendants

------------------------------

TAUNYA LOVELL BANKS, Jacob A. France Professor of Equality

Jurisprudence, University of Maryland School of Law; C. CHRISTOPHER BROWN, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; ERWIN CHEMERINSKY, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; ROBERT J. CONDLIN, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; NORMAN DORSEN, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; LEIGH GOODMARK, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; STEVEN P. GROSSMAN, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; MARTIN GUGGENHEIM, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; DEBORAH HELLMAN, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; MARGARET E. JOHNSON, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; KENNETH LASSON, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; SYLVIA A. LAW, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; SUSAN PAULA LEVITON, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; AUDREY MCFARLANE, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; PAULA A. MONOPOLI, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; BURT NEUBORNE, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; JOHN T. NOCKLEBY, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; HELEN L. NORTON, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; DAVID A.J. RICHARDS, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; ELIZABETH J. SAMUELS, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; ELIZABETH M. SCHNEIDER, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; JANA B. SINGER, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; BARBARA ANN WHITE, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; TOBIAS BARRINGTON WOLFF, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; DIANE L. ZIMMERMAN, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; INTERNATIONAL MUNICIPAL LAWYERS ASSOCIATION; AMERICAN MEDICAL WOMEN'S ASSOCIATION; ROBERT BLUM; WILLARD CATES, JR.; CHESAPEAKE REGIONAL CHAPTER OF THE SOCIETY FOR

ADOLESCENT HEALTH AND MEDICINE; ERIC LEVEY; MATERNAL AND CHILD HEATLH ACCESS; NADINE PEACOCK; PHYSICIANS FOR REPRODUCTIVE CHOICE AND HEALTH; MARK SEIGEL; LAURIE SCHWAB ZABIN; CATHOLICS FOR CHOICE; DC ABORTION FUND; DIANA DEGETTE; DONNA EDWARDS; LAW STUDENTS FOR REPRODUCTIVE JUSTICE; CAROLYN MALONEY; MARYLAND CHAPTER FOR THE NATIONAL ORGANIZATION FOR WOMEN; NARAL PRO-CHOICE AMERICA; NARAL PRO-CHOICE MARYLAND; NATIONAL ABORTION FEDERATION; NATIONAL ADVOCATES FOR PREGNANT WOMEN; NATIONAL ASIAN PACIFIC AMERICAN WOMEN'S FORUM; PLANNED PARENTHOOD OF MARYLAND; MIKE QUIGLEY; RELIGIOUS COALITION FOR REPRODUCTIVE CHOICE; SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE; LOUISE SLAUGHTER; JACKIE SPEIER; WHOLE WOMAN'S HEALTH OF BALTIMORE; WOMEN'S LAW CENTER OF MARYLAND, INCORPORATED; HUMAN RIGHTS WATCH; SUSAN DELLER ROSS, Professor

    Amici Supporting Appellant

PREGNANCY CARE ORGANIZATIONS CARE NET; HEARTBEAT INTERNATIONAL, INCORPORATED; NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES; ROCKA-MY-BABY PREGNANCY CRISIS CENTER; BOWIE CROFTON PREGNANCY CLINIC, INCORPORATED; CARE NET PREGNANCY CENTER OF FREDERICK; CARE NET PREGNANCY CENTER OF SOUTHERN MARYLAND; LAUREL PREGNANCY CENTER; ROCKVILLE PREGNANCY CENTER, INCORPORATED; AMERICAN CENTER FOR LAW AND JUSTICE; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; CATHOLIC MEDICAL ASSOCIATION; HELEN M. ALVARE, Associate Professor of Law, George Mason University School of Law; ROBERT JOHN ARAUJO, S.J., John Courtney Murray, S.J. University Professor, Loyola University of Chicago School of Law; ROBERT F. COCHRAN, JR., Louis D. Brandeis Professor of Law, Pepperdine University School of Law; DAVID DEWOLF, Professor, Gonzaga University School of Law; DWIGHT G. DUNCAN, Professor of Law, University of Massachusetts Dartmouth School of Law; JOHN C. EASTMAN, Henry Salvatori Professor of Law & Community Service, former Dean, Chapman University School of Law; SCOTT T. FITZGIBBON, Professor, Boston College Law School; RICHARD W. GARNETT, Associate Dean and Professor of Law, Notre Dame Law School; BRADLEY P.

JACOB, Associate Professor, Regent University School of Law; DREW L. KERSHEN, Earl Sneed Centennial Professor of Law, University of Oklahoma College of Law; LYNNE MARIE KOHM, John Brown McCarty Professor of Family Law, Regent University School of Law; RICHARD S. MYERS, Professor of Law, Ave Maria School of Law; MICHAEL STOKES PAULSEN, Distinguished University Chair and Professor, University of St. Thomas School of Law; ROBERT J. PUSHAW, James Wilson Endowed Professor of Law, Pepperdine University School of Law; MICHAEL SCAPERLANDA, Professor of Law, Gene & Elaine Edwards Family Chair in Law, The University of Oklahoma College of Law; GREGORY C. SISK, Pio Cardinal Laghi Distinguished Chair in Law and Professor, University of St. Thomas School of Law; O. CARTER SNEAD, Professor of Law, Notre Dame Law School; RICHARD STITH, Professor of Law, Valparaiso University School of Law; TIMOTHY J. TRACEY, Assistant Professor of Law, Ave Maria School of Law; LYNN D. WARDLE, Bruce C. Hafen Professor of Law, J. Reuben Clark Law School, Brigham Young University

   Amici Supporting Appellee

———————————

No. 11-1185
(1:10-cv-00760-MJG)

———————————

ST. BRIGID'S ROMAN CATHOLIC CONGREGATION INCORPORATED; ARCHBISHOP WILLIAM E. LORI, as successor to Archbishop Edwin F. O'Brien, Archbishop of Baltimore, and his successor in office, a corporation sole.

   Plaintiffs - Appellants

 and

GREATER BALTIMORE CENTER FOR PREGNANCY CONCERNS, INCORPORATED

   Plaintiff

v.

MAYOR AND CITY COUNCIL OF BALTIMORE; STEPHANIE RAWLINGS-

BLAKE, Mayor of Baltimore, in her Official Capacity; OXIRIS BARBOT, Baltimore City Health Commissioner

        Defendants - Appellees

 and

OLIVIA FARROW; BALTIMORE CITY HEALTH DEPARTMENT

        Defendants

------------------------------

HELEN M. ALVARE, Associate Professor of Law, George Mason University School of Law; AMERICAN CENTER FOR LAW AND JUSTICE; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS; ROBERT JOHN ARAUJO, S.J., John Courtney Murray, S.J. University Professor, Loyola University of Chicago School of Law; BOWIE CROFTON PREGNANCY CLINIC, INCORPORATED; CARE NET PREGNANCY CENTER OF FREDERICK; CARE NET PREGNANCY CENTER OF SOUTHERN MARYLAND; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; CATHOLIC MEDICAL ASSOCIATION; ROBERT F. COCHRAN, JR., Louis D. Brandeis Professor of Law, Pepperdine University School of Law; DAVID DEWOLF, Professor, Gonzaga University School of Law; DWIGHT G. DUNCAN, Professor of Law, University of Massachusetts Dartmouth School of Law; JOHN C. EASTMAN, Henry Salvatori Professor of Law & Community Service, former Dean, Chapman University School of Law; SCOTT T. FITZGIBBON, Professor, Boston College Law School; RICHARD W. GARNETT, Associate Dean and Professor of Law, Notre Dame Law School; HEARTBEAT INTERNATIONAL, INCORPORATED; BRADLEY P. JACOB, Associate Professor, Regent University School of Law; DREW L. KERSHEN, Earl Sneed Centennial Professor of Law, University of Oklahoma College of Law; LYNNE MARIE KOHM, John Brown McCarty Professor of Family Law, Regent University School of Law; LAUREL PREGNANCY CENTER; RICHARD S. MYERS, Professor of Law, Ave Maria School of Law; NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES; MICHAEL STOKES PAULSEN, Distinguished University Chair and Professor, University of St. Thomas School of Law; PREGNANCY CARE ORGANIZATIONS CARE NET; ROBERT J. PUSHAW, James Wilson Endowed Professor of Law, Pepperdine University School of Law; ROCKA-MY-BABY PREGNANCY CRISIS CENTER;

ROCKVILLE PREGNANCY CENTER, INCORPORATED; MICHAEL SCAPERLANDA, Professor of Law, Gene & Elaine Edwards Family Chair in Law, The University of Oklahoma College of Law; GREGORY C. SISK, Pio Cardinal Laghi Distinguished Chair in Law and Professor, University of St. Thomas School of Law; O. CARTER SNEAD, Professor of Law, Notre Dame Law School; RICHARD STITH, Professor of Law, Valparaiso University School of Law; TIMOTHY J. TRACEY, Assistant Professor of Law, Ave Maria School of Law; LYNN D. WARDLE, Bruce C. Hafen Professor of Law, J. Reuben Clark Law School, Brigham Young University

    Amici Supporting Appellant

TAUNYA LOVELL BANKS, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; C. CHRISTOPHER BROWN, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; ERWIN CHEMERINSKY, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; ROBERT J. CONDLIN, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; NORMAN DORSEN, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; LEIGH GOODMARK, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; STEVEN P. GROSSMAN, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; MARTIN GUGGENHEIM, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; DEBORAH HELLMAN, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; MARGARET E. JOHNSON, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; KENNETH LASSON, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; SUSAN PAULA LEVITON, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; SYLVIA A. LAW, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; AUDREY MCFARLANE, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; PAULA A. MONOPOLI, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; BURT NEUBORNE, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; JOHN T. NOCKLEBY, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; HELEN L. NORTON, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; DAVID A.J. RICHARDS, Jacob A. France Professor of

Equality Jurisprudence, University of Maryland School of Law; ELIZABETH M. SCHNEIDER, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; ELIZABETH J. SAMUELS, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; JANA B. SINGER, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; BARBARA ANN WHITE, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; TOBIAS BARRINGTON WOLFF, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; DIANE L. ZIMMERMAN, Jacob A. France Professor of Equality Jurisprudence, University of Maryland School of Law; INTERNATIONAL MUNICIPAL LAWYERS ASSOCIATION; AMERICAN MEDICAL WOMEN'S ASSOCIATION; MATERNAL AND CHILD HEATLH ACCESS; PHYSICIANS FOR REPRODUCTIVE CHOICE AND HEALTH; CHESAPEAKE REGIONAL CHAPTER OF THE SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE; ROBERT BLUM; WILLARD CATES, JR.; ERIC LEVEY; NADINE PEACOCK; MARK SEIGEL; LAURIE SCHWAB ZABIN; NARAL PRO-CHOICE MARYLAND; NARAL PRO-CHOICE AMERICA; CATHOLICS FOR CHOICE; DC ABORTION FUND; LAW STUDENTS FOR REPRODUCTIVE JUSTICE; NATIONAL ABORTION FEDERATION; MARYLAND CHAPTER FOR THE NATIONAL ORGANIZATION FOR WOMEN; NATIONAL ADVOCATES FOR PREGNANT WOMEN; NATIONAL ASIAN PACIFIC AMERICAN WOMEN'S FORUM; PLANNED PARENTHOOD OF MARYLAND; RELIGIOUS COALITION FOR REPRODUCTIVE CHOICE; SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE; WHOLE WOMAN'S HEALTH OF BALTIMORE; WOMEN'S LAW CENTER OF MARYLAND, INCORPORATED; DIANA DEGETTE; DONNA EDWARDS; CAROLYN MALONEY; MIKE QUIGLEY; LOUISE SLAUGHTER; JACKIE SPEIER; HUMAN RIGHTS WATCH; SUSAN DELLER ROSS, Professor

Amici Supporting Appellee

───────────────────

O R D E R

───────────────────

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties shall file new briefs for the en banc rehearing of this matter within the time scheduled in a briefing order to be issued by the clerk. The parties shall file 20 paper copies and an electronic copy of their new briefs, and appellants shall file 20 paper copies and an electronic copy of the previously-filed joint appendix.

Existing amici who wish to present written arguments on rehearing en banc must file 20 paper copies and an electronic copy of their previously-filed briefs or new briefs on rehearing within seven days after filing of the principal brief of the party being supported. Any new amici must file a motion or show consent of the parties under Fed. R. App. P. 29, and file 20 paper copies and an electronic copy of the proposed brief.

En banc oral argument is scheduled for December 6, 2012.

                                                              For the Court

                                                              /s/ Patricia S. Connor, Clerk